# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. CHRISTOPHER FARKAS, Plaintiff, v. JENNIFER ANNE HARPER, Defendant. | CV 18-10477 DSF (JCx) <br><br> Order REMANDING Case to State Court |

This case was removed from New Jersey Superior Court on December 18, 2018. Aside from not being the proper venue, this Court has no subject matter jurisdiction over the case. Presumably, Defendant believes that her pleading of federal constitutional claims in a separate purportedly related action suffices for jurisdiction over this case. It does not. The case is a divorce action and there are no apparent grounds for jurisdiction in this Court.

The case is REMANDED to the Superior Court of New Jersey, Chancery Division, Family Part, Sussex County.

IT IS SO ORDERED.

Date: January 3, 2019

Dale S. Fischer
United States District Judge